**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| JUSTIN M CORLISS, | : No. 80 MM 2014 |
| Petitioner | : |
| v. | : |
| COURT OF COMMON PLEAS, MONROE COUNTY, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of August, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Application for Extraordinary Relief is **DENIED**.